IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| CLARENCE SWAFFORD #1205928 | § | |
| v. | § | CIVIL ACTION NO. 5:06cv84 |
| PHIL SMITH | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Plaintiff Clarence Swafford, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Swafford sued his attorney, Phil Smith, for providing him with inadequate representation. On August 16, 2006, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed, because Smith, in acting as Swafford's counsel, was not acting under color of state law for purposes of liability under Section 1983. Swafford received a copy of the Magistrate Judge's Report on August 19, 2006, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has carefully reviewed the pleadings and documents in this case, as well as the Report of the Magistrate Judge. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

   ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court. It is further

   ORDERED that the above-styled civil action be and hereby is DISMISSED with prejudice as frivolous. It is further

   ORDERED that any and all motions which may be pending in this action are hereby DENIED.

   **SIGNED this 23rd day of October, 2006.**

                   _____
                   DAVID FOLSOM
                   UNITED STATES DISTRICT JUDGE